ROBERT ALTMAN, Respondent, *v.* CENTRAL NEW YORK BUILDING CORP. et al., Appellants.

County Court, Onondaga County, August 3, 1951.

*William J. Mackay* for appellants.

*Eugene H. Klein* for respondent.

BREED, J. The judgment of the court below is affirmed.